UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APTALIS PHARMA US, INC. and APTALIS PHARMA CANADA ULC,<br><br>Plaintiffs,<br><br>vs.<br><br>DELCOR ASSET CORPORATION, RENAISSANCE PHARMA, INC., and RENAISSANCE ACQUISITION HOLDINGS, LLC,<br><br>Defendants. | Civil Action No. 15-cv-01210-LPS |

### STIPULATION AND ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) and (c), Fed. R. Civ. P., Aptalis Pharma US, Inc. and Aptalis Pharma Canada ULC ("Plaintiffs") and Delcor Asset Corporation, Renaissance Pharma, Inc. and Renaissance Acquisition Holdings, LLC (collectively, "Defendants"), having settled their respective claims and disputes ("Settlement Agreement"), through their respective counsel, stipulate and agree, subject to the Court's approval, that all claims and counterclaims in this action are dismissed without prejudice.

### ORDER

Accordingly, pursuant to the above Stipulation, and upon the consent and request of Plaintiffs and Defendants, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. All claims, defenses, and counterclaims set forth in Plaintiffs' and Defendants' pleadings against each other, including the allegations and averments contained therein, are hereby dismissed, without prejudice.

2. Plaintiffs and Defendants each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order.

3. This Court has jurisdiction over Plaintiffs and Defendants for the purposes of enforcing this Stipulation and Order of Dismissal.

4. This Stipulation and Order of Dismissal shall fully resolve this Action between Plaintiffs and Defendants.

5. The Clerk of the Court is directed to enter this Stipulation and Order of Dismissal forthwith.

Dated: April 15, 2016

/s/ Colm F. Connolly
Colm F. Connolly
(cconnolly@morganlewis.com)
Amy M. Dudash
(adudash@morganlewis.com)
**MORGAN LEWIS & BOCKIUS LLP**
1007 Orange Street, Suite 501
Wilmington, Delaware 19801
Telephone: (302) 574-3000
Facsimile: (302) 574-3001

Richard de Bodo
Olga Berson
**MORGAN LEWIS & BOCKIUS LLP**
1601 Cloverfield Blvd., Suite 2050 North
Santa Monica, California 90404-4082
Telephone: (310) 907-1000
Facsimile: (310) 907-2000

Susan Baker Manning
**MORGAN LEWIS & BOCKIUS LLP**
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 739-3000
Facsimile: (202) 739-3001

*Attorneys for Plaintiffs Aptalis Pharma US, Inc. and Aptalis Pharma Canada ULC*

/s/ Steven H. Sklar
Steven H. Sklar (ssklar@leydig.com)
David M. Airan (dairan@leydig.com)
**LEYDIG, VOLT & MAYER, LTD.**
Two Prudential Plaza
180 N. Stetson Ave., Suite 4900
Chicago, Illinois 60601
Telephone: (312) 616-5600
Facsimile: (312) 616-5700

*Attorneys for Defendants Delcor Asset Corporation, Renaissance Pharma, Inc., and Renaissance Acquisition Holdings, LLC*

IT IS SO ORDERED

Dated: _____

_____<br>
Hon. Leonard P. Stark<br>
United States District Judge